

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00186-CV

| | | |
|---|---|---|
| EDGAR WASHINGTON, FLORENCE HILL, AND CHRISLYN HILL, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-304035-18) |
| V. | § | October 28, 2021 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND CHRYSLER CAPITAL LLC, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

It is further ordered that appellants Edgar Washington, Florence Hill, and Chrislyn Hill shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack